**Nebraska Court of Appeals Memorandum Opinions
NOT Selected for Posting to Court Website**

**(released the week prior to April 10, 2018)**

The following memorandum opinions were filed by the Nebraska Court of Appeals and can be viewed using SSCALES:

A-16-1229      State on behalf of Kyce K. v. Le'Sean T.

A-17-110      State v. Groves

A-17-603      In re Interest of Jose H. et al.

A-17-672,
A-17-673      In re Interest of Rianna B. & Riley B.

A-17-752      State v. Guerrero

The above-listed memorandum opinions can be viewed online through the appellate court case search available by subscription through Nebraska.gov: http://www.nebraska.gov/subscriber/.

Current subscribers to Nebraska.gov can search appellate court cases here: https://www.nebraska.gov/courts/sccales/.